UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nathaniel Stubbs Jr            Docket No. 7:01-CR-24-BO

**Petition for Action on Supervised Release**

       COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Nathaniel Stubbs Jr, who, upon an earlier plea of guilty to Distribution of at Least 5 Grams of Cocaine Base (Crack) in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 5, 2001, to the custody of the Bureau of Prisons for a term of 186 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 26, 2007, the proceedings in this case were transferred to the Honorable Terrence W. Boyle. Nathaniel Stubbs Jr was released from custody on June 1, 2011, at which time the term of supervised release commenced.

       Since release, the court has been notified of three Driving While License Revoked charges on December 30, 2011, June 26, 2012, and May 23, 2014, which were addressed with verbal reprimands. The defendant also submitted a urine sample that tested positive for cocaine use and was placed in the Surprise Urinalysis Program.

       **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 17, 2015, the defendant submitted a urine sample that tested positive for marijuana use. When confronted with these findings, the offender admitted to using this substance. As a sanction for this conduct, we are recommending that the conditions of supervision by modified to include two days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Mark Culp |
| Robert K. Britt | Mark Culp |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2543 |
| | Executed On: November 30, 2015 |

Nathaniel Stubbs Jr
Docket No. 7:01-CR-24-BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3___ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge